UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VINCENT PACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v | ) Cause No: 4:07-CV-1851-CDP |
| | ) |
| THE WELLPOINT COMPANIES, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR SANCTIONS

For all the reasons stated in Defendant's Motion for Sanctions, Defendant respectfully requests that its Motion for Sanctions be granted.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: /s/David W. Gearhart
Gary M. Smith, #10613
David W. Gearhart, #102100
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 444-7600
Fax (314) 241-6056

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Memorandum in Support of Motion for Sanctions was filed electronically with the Clerk of Court this 22nd day of April 2008, to be served by operation of the Court's electronic filing system upon the following:

Lyell Champagne
The Champagne Law Firm
The Frisco Building
906 Olive Street, Suite 915
St. Louis, MO 63101
Attorney for Plaintiff

/s/David W. Gearhart